**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed March 24, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00083-CV

## SIAMAK TAVAKOLI, Appellant

### V.

## FORT BEND COUNTY MUD 50, Appellee

**On Appeal from the County Court at Law No. 6**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-CCV-069344**

## MEMORANDUM OPINION

This is an appeal from what appears to be a final judgment signed February 4, 2022.[1] On March 2, 2022, appellant, proceeding pro se, filed a motion to "cancel"

---

[1] What happened in the trial court remains unclear, as the clerk's record has not been submitted to this court. However, the documents accompanying the letter of assignment indicate the trial court signed orders dismissing claims against all specifically named defendants in the case on February 4, 2022. Although the documents are ambiguous regarding how this appeal should be styled, this appeal has been styled based on the letter of assignment, and the discrepancy does not affect the disposition of this appeal.

the appeal. Construing the motion as a request to dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.